UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

*v*.                                              Case No. 19-CR-75(JPS)

ALNER L. NAVARRO,

        Defendant.

## MOTION TO SEAL

Federal Defender Services of Wisconsin, as counsel-of-record for the defendant in the above-captioned case, moves for an order sealing, defendant's sentencing memorandum. The ground for this motion is that counsel believes it contains sensitive information. Based on the foregoing, this Court is respectfully asked to enter an order sealing defendant's sentencing memorandum.

Dated at Milwaukee, Wisconsin this 4th day of September, 2019.

                                              Respectfully submitted,

                                              **/s/ Joshua D. Uller**
                                              Joshua D. Uller, Bar No. 1055173
                                              FEDERAL DEFENDER SERVICES
                                                    OF WISCONSIN, INC.
                                              517 E. Wisconsin Avenue, Room 182
                                              Milwaukee, Wisconsin 53202
                                              Telephone: 414-221-9900
                                              Fax: 414-221-9901
                                              E-mail: joshua_uller@fd.org

                                              Counsel for Alner Navarro

                                                           Federal Defender Services
                                                                 of Wisconsin, Inc.